# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Clark Consulting, Inc.
        Plaintiff,

v.

R. Scot Richardson.

        Defendants

07CV 7231
JUDGE SHADUR
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Clark Consulting, Inc.

| | |
|---|---|
| NAME: (Type or Print) Gregory R. James, Jr. | **FILED** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | DEC 2 6 2007 |
| FIRM: Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. | DEC 26 2007 |
| STREET ADDRESS: 515 North State Street, Suite 2800 | MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| CITY/STATE/ZIP: Chicago, Illinois 60610 | |
| ID NUMBER: 06198667 | TELEPHONE NUMBER: 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |