IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CLARK CONSULTING, INC.,** | ) |
| **Plaintiff,** | ) Case No. 07-7231 |
| vs. | ) **Judge Shadur** |
| | ) **Magistrate Judge Ashman** |
| **R. SCOTT RICHARDSON,** | ) |
| **Defendant.** | ) |

### NOTICE OF MOTION

**TO:**   Jeffrey Bakker, Esq.
Neal, Gerber & Eisenberg, LLP
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on **, January 4, 2007**, at **9:15 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, or any Judge sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present **Plaintiff's Motion for Expedited Discovery**. A copy of which was served upon you.

Dated:  December 28, 2007

                                                  s:/ Thomas S. Bradley
                                                     Thomas S. Bradley (06199054)
                                                     Gregory R. James, Jr. (06198667)
                                                     Laner, Muchin, Dombrow, Becker,
                                                       Levin & Tominberg, Ltd.
                                                     515 North State Street, Suite 2800
                                                     Chicago, Illinois 60610
                                                     (312) 467-9800
                                                     312-467-9479

**HUNTON & WILLIAMS LLP**

David C. Lonergan
Texas State Bar No. 12513500
Alan J. Marcuis
Texas State Bar No. 24007601
Sarah E. Wallner
Fountain Place
1445 Ross Avenue; Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
(214) 880-0011 (fax)

PRO HAC VICE MOTION TO BE FILED

**ATTORNEYS FOR PLAINTIFF CLARK CONSULTING, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Expedited Discovery** has been served via messenger on this 28th day of December, 2007 upon:

Chad Moeller, Esq.
Jeffrey Bakker, Esq.,
Neal, Gerber, & Eisenberg, LLP.,
Two North LaSalle Street, Suite 2200,
Chicago, Illinois 60602,

S:/Thomas S. Bradley
Thomas S. Bradley