# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CLARK CONSULTING, INC., | ) |
| | ) |
|         **Plaintiff,** | )   Case No. 07-7231 |
| | ) |
| vs. | )   **Judge Shadur** |
| | )   **Magistrate Judge Ashman** |
| R. SCOTT RICHARDSON, | ) |
| | ) |
|         **Defendant.** | ) |

## NOTICE OF MOTION

**TO:**   Jeffrey Bakker, Esq.
       Neal, Gerber & Eisenberg, LLP
       Two North LaSalle Street, Suite 2200
       Chicago, Illinois 60602

PLEASE TAKE NOTICE that on **, January 4, 2007**, at **9:15 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, or any Judge sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present **Plaintiff's Motion for Preliminary Injunction**. A copy of which was served upon you.

Dated: December 28, 2007

                                                  s:/Thomas S. Bradley
                                                  Thomas S. Bradley (06199054)
                                                  Gregory R. James, Jr. (06198667)
                                                  Laner, Muchin, Dombrow, Becker,
                                                      Levin & Tominberg, Ltd.
                                                  515 North State Street, Suite 2800
                                                  Chicago, Illinois 60610
                                                  (312) 467-9800
                                                  312-467-9479

**HUNTON & WILLIAMS LLP**

David C. Lonergan
Texas State Bar No. 12513500
Alan J. Marcuis
Texas State Bar No. 24007601
Sarah E. Wallner
Fountain Place
1445 Ross Avenue; Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
(214) 880-0011 (fax)

PRO HAC VICE MOTION TO BE FILED

**ATTORNEYS FOR PLAINTIFF CLARK CONSULTING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Preliminary Injunction** has been served via messenger on this 28th day of December, 2007 upon:

>  Chad Moeller, Esq.
>  Jeffrey Bakker, Esq.,
>  Neal, Gerber, & Eisenberg, LLP.,
>  Two North LaSalle Street, Suite 2200,
>  Chicago, Illinois 60602,

>  S:/Thomas S. Bradley
>  Thomas S. Bradley