UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Clark Consulting, Inc.
                  Plaintiff,

v.                                    Case No.: 1:07−cv−07231
                                           Honorable Milton I. Shadur

R. Scott Richardson
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 4, 2008:

       MINUTE entry before Judge Milton I. Shadur :Motion for preliminary injunction [3] is denied.Motion to expedite [4] is granted on a limited basis as covered by this Court's oral ruling and on a counsel's eyes only basis. Motion hearing held on 1/4/2008 regarding motion for preliminary injunction[3], motion to expedite[4] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.