IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CLARK CONSULTING, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-7231 |
| | ) | |
| vs. | ) | Judge Shadur |
| | ) | Magistrate Judge Ashman |
| **R. SCOTT RICHARDSON,** | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant, Clark Consulting, Inc. ("Clark"), by and through its attorneys, herein moves for entry of a proposed Agreed Protective Order. In support of this Motion, Defendant states as follows:

1. This case involves proprietary Trade Secret information which the parties seek to preserve and protect.

2. The parties have agreed to a proposed Agreed Protective Order a copy of which will be electronically tendered to the Court at proposed_order_shadur@ilnd.uscourts.gov, pursuant to this Court's Standing Order governing the submission of proposed orders.

3. The Parties request that the Court enter the proposed Agreed Protective Order to help insure the integrity and confidentiality of the documents that have been produced.

4. The proposed Agreed Protective Order complies with this Court's Standing Order governing the use of protective orders and the filing of documents under seal.

5. Lead counsel for Plaintiff, Chad Moeller, and lead counsel for Defendant, Alan Marcuis and Thomas S. Bradley, have conferred concerning the proposed protective order, and both counsel request that said order be entered.

Dated: January 25, 2008

          s:/ Thomas S. Bradley
              Thomas S. Bradley (06199054)
              Gregory R. James, Jr. (06198667)

              Laner, Muchin, Dombrow, Becker,
                Levin & Tominberg, Ltd.
              515 North State Street, Suite 2800
              Chicago, Illinois 60610
              (312) 467-9800 phone
              (312)-467-9479 facsimile
              tbradley@lanermuchin.com
              gjames@lanermuchin.com


**HUNTON & WILLIAMS LLP**

David C. Lonergan
Texas State Bar No. 12513500
Alan J. Marcuis
Texas State Bar No. 24007601
Sarah E. Wallner
Fountain Place
1445 Ross Avenue; Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
(214) 880-0011 (fax)
dlonergan@hunton.com
amarcuis@hunton.com
swallner@hunton.com

**ATTORNEYS FOR PLAINTIFF CLARK CONSULTING, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Agreed Motion for Entry of Agreed Protective Order** in the above-captioned matter to be filed electronically with the Clerk of the District Court, and hand-delivered a copy of the foregoing to the Chambers of the Honorable Milton Shadur, and served a copy of the foregoing by operation of the Court's CM/ECF system has been served via operation of this Court's electronic filing system on this 25th day of January, 2008 upon:

>Chad Moeller, Esq.
>Jeffrey Bakker, Esq.,
>Neal, Gerber, & Eisenberg, LLP.,
>Two North LaSalle Street, Suite 2200,
>Chicago, Illinois 60602
>312/269-5370 phone
>312/269-1747 facsimile
>cmoeller@ngelaw.com

>S:/Thomas S. Bradley
>Thomas S. Bradley