**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **CLARK CONSULTING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Case No. 07-7231 |
| | ) | |
| vs. | ) | **Judge Shadur** |
| | ) | **Magistrate Judge Ashman** |
| **R. SCOTT RICHARDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF MOTION**

**TO:**   Chad Moeller, Esq.
Jeffrey Bakker, Esq.,
Neal, Gerber, & Eisenberg, LLP.,
Two North LaSalle Street, Suite 2200,
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on **, Wednesday, January 30, 2007**, at **9:15 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, or any Judge sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present Parties Agreed Motion for Entry of Agreed Protective Order. A copy of which was served upon you.

Dated:  December 28, 2007

                                                        s:/ Thomas S. Bradley
                                                        Thomas S. Bradley (06199054)
                                                        Gregory R. James, Jr. (06198667)
                                                    Laner, Muchin, Dombrow, Becker,
                                                        Levin & Tominberg, Ltd.
                                                     515 North State Street, Suite 2800
                                                     Chicago, Illinois 60610
                                                     (312) 467-9800 phone
                                                     (312)-467-9479 facsimile
                                                     tbradley@lanermuchin.com
                                                     gjames@lanermuchin.com

**HUNTON & WILLIAMS LLP**

David C. Lonergan

Texas State Bar No. 12513500
Alan J. Marcuis
Texas State Bar No. 24007601
Sarah E. Wallner
Fountain Place
1445 Ross Avenue; Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
(214) 880-0011 (fax)
dlonergan@hunton.com
amarcuis@hunton.com
swallner@hunton.com

**ATTORNEYS FOR PLAINTIFF CLARK CONSULTING, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Motion for Expedited Discovery** has been filed with the Court through the operation of the Court's electronic filing system and served via operation of this Court's electronic filing system on this 25th day of January 2008 upon:

>Chad Moeller, Esq.
>Jeffrey Bakker, Esq.,
>Neal, Gerber, & Eisenberg, LLP.,
>Two North LaSalle Street, Suite 2200,
>Chicago, Illinois 60602
>312/269-5370 phone
>312/269-1747 facsimile
>cmoeller@ngelaw.com

>S:/Thomas S. Bradley
>Thomas S. Bradley