

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7231 | **DATE** | 1/28/2008 |
| **CASE TITLE** | Clark Consulting vs. R. Scott Richardson | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of protective order is granted.  (18-1) Enter Agreed Protective Order.

Docketing to mail notices.

■ [ For further detail see separate order(s).]



| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|