## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Plaintiff's Initial Rule 26(a)(1) Disclosures* has been served upon counsel for R. Scott Richardson, Chad W. Moeller, Neal Gerber & Eisenberg, LLP, 2 N. LaSalle St., Suite 2200, Chicago, Illinois, 60602, via e-mail and U.S. mail, by depositing same in the U.S. mail located at 515 N. State Street, Chicago, Illinois before 5:00 p.m. on this 5th day of February, 2008.

_____
Thomas S. Bradley

Attorney for Clark Consulting, Inc.