# EXHIBIT B

# HUCK BOUMA<sup>PC</sup>
## ATTORNEYS AT LAW

Russell A. Adkins
Susan S. Adkins
Elizabeth A. Bates
Mark S. Bishop
George M. Bradshaw
Thomas A. Christensen
Brett M. Dale
Thomas J. Gower
Holly G. Grange
Patrick B. Hurley
Robert E. Jones
Bret R. Klemetson
Nick Marsico
John P. Martin
Timothy S. Midura
T. Gregory Mieczynski
David D. O'Sullivan
Robert L. Renfro
Aaron E. Ruswick
Kathleen R. Ryding
Edward J. Sedlacek
Audrey Johnson Skiera
Lawrence A. Stein
Jay B. Strayer
William J. Strons
Cynthia F. Tolan
William H. Wentz

Of Counsel:
  Ralph R. Bouma, Jr.
  James M. Huck, Jr.
  John D. Keller
  Ira D. Leavitt
  Patricia Cadagin O'Brien
  C. William Pollard
  Chuck Roberts

May 15, 2008

*Via e-mail tbradley@lanermuchin.com*

Thomas Bradley, Esq.
Laner Muchin Dombrow Becker
      Levin & Tominburg, Ltd.
515 North State Street
Suite 2800
Chicago, Illinois 60610

Re:   Executive Benefit Options, LLC
      Our File Number 14727-2
      Subpoena in Clark Consulting, Inc. v. Richardson
      U.S. District Court for the Northern District of Illinois
      Case Number 07 - C - 7231

Dear Mr. Bradley:

As you are aware from previous correspondence, this office represents Executive Benefit Options, LLC ("EBO"). I enclose our responses and objections to the subpoena that you caused to be served upon EBO. I believe that the requests you have attached to the subpoena directed to my client are not only objectionable for the reasons stated in the attached document, but are in many cases preposterous. I have reviewed the admissions of your client that have been made a part of the record in the case to the effect that the lawsuit against Mr. Richardson is simply an effort to "hassle" him. I can only conclude that you and/or your client have decided to expand the campaign of harassment beyond Mr. Richardson to my client EBO. I will take all measures necessary to avail my client of all remedies available under Rule 11 of the Federal Rules of Civil Procedure if my client is required to expend any further attorneys fees in responding to the subpoena or any further efforts to enforce it.

Sincerely,

Thomas A. Christensen

TAC/st
cc:   Paul J. McNellis
      Chad Moeller

Main Office: 1755 S. Naperville Road, Suite 200 • Wheaton, Illinois 60187 • 630-221-1755 • Wheaton Fax 630-221-1756
Naperville Office: 184 Shuman Boulevard, Suite 250 • Naperville, Illinois 60563 • 630-527-8552
www.huckbouma.com