# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **CLARK CONSULTING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 07-7231** |
| | ) | |
| **vs.** | ) | **Judge Shadur** |
| | ) | **Magistrate Judge Ashman** |
| **R. SCOTT RICHARDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF MOTION

**TO:**   Chad Moeller, Esq.                      Thomas A. Christensen, Esq.
Jeffrey Bakker, Esq.,                      Huck Bouma
Neal, Gerber, & Eisenberg, LLP.,           1755 South Naperville Road - Suite 200
Two North LaSalle Street, Suite 2200,      Wheaton, Illinois 60187
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Wednesday**, June 4, 2008**, at **9:15 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Shadur, or any Judge sitting in his stead in Room 2303, at 219 South Dearborn Street, Chicago, Illinois, 60604 and then and there present **Plaintiff's Motion for Rule to Show Cause for Executive Benefit Option Inc.'s Failure to Respond to Subpoena and Discovery Requests**. A copy of which was served upon you.

Dated:  June 2, 2008

s:/ Gregory R. James, Jr.
Thomas S. Bradley (06199054)
Gregory R. James, Jr. (06198667)
Laner, Muchin, Dombrow, Becker,
 Levin & Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800 phone
(312)-467-9479 facsimile
tbradley@lanermuchin.com
gjames@lanermuchin.com

**HUNTON & WILLIAMS LLP**

David C. Lonergan
Texas State Bar No. 12513500
Alan J. Marcuis
Texas State Bar No. 24007601
Sarah E. Wallner
Fountain Place
1445 Ross Avenue; Suite 3700
Dallas, Texas 75202-2799
(214) 979-3000
(214) 880-0011 (fax)
dlonergan@hunton.com
amarcuis@hunton.com
swallner@hunton.com

PRO HAC VICE MOTION TO BE FILED

**ATTORNEYS FOR PLAINTIFF CLARK
CONSULTING, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of

**Motion for Rule to Show Cause** has been served via operation of this Court's electronic filing

system on this 2nd day of June, 2008 upon:

<blockquote>

Chad Moeller, Esq.
Jeffrey Bakker, Esq.,
Neal, Gerber, & Eisenberg, LLP.,
Two North LaSalle Street, Suite 2200,
Chicago, Illinois 60602
312/269-5370 phone
312/269-1747 facsimile
cmoeller@ngelaw.com

</blockquote>

and via e-mail and U.S. mail postage pre-paid by depositing in the mail at 515 N. State Street,
Chicago, Illinois 60610 before 5:00 p.m. to:

<blockquote>

Thomas A. Christensen, Esq.
Huck Bouma
1755 South Naperville Road - Suite 200
Wheaton, Illinois 60187

</blockquote>

S:/Gregory R. James. Jr.
Gregory R. James, Jr.